## DENIS F. BURRELL *v.* PSL ENERGY SERVICES, INC.
### (14964)

O'Connell, Lavery and Hennessy, Js.

Submitted on briefs May 3—officially released June 4, 1996

Per Curiam. The judgment is affirmed.

## KENNETH WALKER ET AL. *v.* TOWN OF NEW MILFORD ET AL.
### (14839)

Dupont, C. J., and Foti and Schaller, Js.

Submitted on briefs May 3—officially released June 18, 1996

Per Curiam. The judgment is affirmed.

## DECARLO AND DOLL, INC. *v.* SOLID WASTE DISPOSAL, INC., ET AL.
### (15051)

Dupont, C. J., and O'Connell and Foti, Js.

Submitted on briefs May 3—officially released June 18, 1996

Per Curiam. The judgment is affirmed.